# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Latessia Y. Smith-Wine, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00715-DSC |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2021 Order.

October 29, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court